COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-346-CV
 
IN THE INTEREST OF C.D.S.

----------
FROM THE 271
ST DISTRICT
COURT OF WISE COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
We have considered "Appellant's Motion To Dismiss Cause Of
Action." It is the court's opinion that the motion should be granted;
therefore, we dismiss the appeal. See TEX.
R. APP. P. 42.1(a)(1), 43.2(f).
Appellant shall pay all costs of this appeal, for which let execution
issue. See Tex. R. App. P. 42.1(d).
 
                                                                   
PER CURIAM
 
PANEL D: GARDNER, J.; CAYCE, C.J.; and WALKER, J.
 
DELIVERED: May 1, 2003

1. See Tex. R. App. P. 47.4.